UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR109 |
| | ) | |
| Plaintiff(s), | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| ADDONNISE WELLS, | ) | <u>ORDER</u> |
| MARIO FREEMAN, | ) | |
| JIMMIE GOODGAME, | ) | |
| STACY GOODGAME, | ) | |
| DIMITRIS TERRY, | ) | |
| AARON PHILLIPS, | ) | |
| | ) | |
| Defendant(s). | ) | |

This matter is before the Court on the joint unopposed motion of defendants Addonnise Wells, Mario Freeman, Jimmie Goodgame, Stacy Goodgame, Demitris Terry and Aaron Phillips to declare this matter a complex case and grant a continuance of the trial beyond the time limits established by the Speedy Trial Act, 18 U.S.C. §3161.

The Defendants have been named in a superseding indictment alleging violations of Title 21 U.S.C. § 846, Title 21 U.S.C. §§ 841 (a)(1), (b)(1) (A), (b)(1)(B), (b)(1)(C), and (b)(1)(D), Title 21 U.S.C. § 843 (b), Title 18 U.S.C. § 2, Title 18 U.S.C. § 1956 (h), Title 18 U.S.C. § 1957, Title 18 U.S.C. § 1344, Title 18 U.S.C. § 1956(a)(1)(A)(i), and Title 31 U.S.C. § 5324 (a)(3). Defense counsel have represented to this Court that the government has indicated there are

numerous intercepts. In order for counsel to thoroughly review all of the intercepts, as well as the discovery provided by the government, it will necessitate a continuance until at least November 15, 2011.

Given the complex nature of this case, it is unreasonable to expect adequate preparation within the time limits of 18 U.S.C. §3161. The failure to grant a continuance would be likely to result in a miscarriage of justice and would deny counsel the reasonable time necessary for effective preparation.

For the foregoing reasons, the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The aforesaid motion is granted.

IT IS SO ORDERED.

/s/ Patricia A.Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 7/1/11